AKERMAN, executrix, *vs.* NEEL, receiver.

Proper service of the bill of exceptions must appear from an entry in dorsed upon or annexed thereto. When there is no entry whatever indorsed upon or attached to the bill of exceptions showing service, parol statements cannot be heard in this court for the purpose of showing that service was perfected. Code, §4259; 44 *Ga.*, 652; 45 *Ib.*, 316; 59 *Ib.*, 666; 63 *Ib.*, 626.
Writ of error dismissed.
March 31, 1883.

---

PLATEN, *in re.*

At the September term, 1880, an application was made for a *mandamus nisi* calling upon the judge of the Eastern circuit to show cause why he should not certify a bill of exceptions, and the same was refused. At the February term, 1883, the movant made an application to this court in the general form of a bill of review to have the judgment then rendered reviewed:
*Held,* that the application must be denied.
May 1, 1883.

---

JOHNSON, next friend, *vs.* CITY OF ATLANTA.

After the bill of exceptions has been filed in office, it cannot be withdrawn for the purpose of perfecting service, and if it be withdrawn and an acknowledgment of service be entered thereon, it is an alteration of the bill of exceptions. Therefore, where it appears that a bill of exceptions was filed on January 18, and service was acknowledged on January 22, the writ of error must be dismissed.
April 27, 1882.